# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2024-1528
Lower Tribunal No. 2016-CA-000916

_____

VALERIA TAVERAS and ELIEZER TAVERAS,

Appellants,

v.

U.S. BANK NATIONAL ASSOCIATION as Legal Title Trustee for TRUMAN 2016 SC6 TITLE TRUST,

Appellee.

_____

Appeal from the Circuit Court for Osceola County.
Christine E. Arendas, Judge.

August 8, 2025

PER CURIAM.

Eliezer and Valeria Taveras appeal the Final Monetary Deficiency Judgment entered against Valeria Taveras only. We dismiss the appeal as to Eliezer Taveras. *See Balch v. Bank of N.Y. Mellon as Tr. for holders of MASTR Alt. Loan Tr. 2006-2*, 351 So. 3d 114, 115 (Fla. 2d DCA 2022) (citing *King v. Brown*, 55 So. 2d 187, 188 (Fla. 1951) ("[B]efore a person may bring an appeal he must be a party or privy to the record and must show that he is, or will be, injuriously affected by the order

sought to be reviewed.")). As to Valeria Taveras, we affirm. *See Applegate v. Barnett Bank of Tallahassee*, 377 So. 2d 1150, 1152 (Fla. 1979).

AFFIRMED.

STARGEL, NARDELLA and BROWNLEE, JJ., concur.


Valeria Taveras and Eliezer Taveras, Madrid, Spain, pro se.

Adam A. Diaz, of Diaz Anselmo & Associates, P.A., Fort Lauderdale, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED